Alice Brown
P.O. Box 436282
San Ysidro, California 9 2143

FILED
2008 AUG -8 PM 4: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KVT _____ DEPUTY

The United States of America

The United States

District Court of the United States

SOUTHERN DISTRICT Of California

Alice Brown

*Plaintiff*

v.

Eric Smith, Individually; and,
Sharon Chambers, Individually; and,
Terese Bryers, Individually; and,
John Does 1-10.
Michael Decker, individually,

*Defendants*

'08 CV 1454 H AJB

Case _____

**Complaint – Bivens Action**

*Comes now*, Alice Brown ("Brown") with this Compliant in the form of a Bivens Action.

**Trial by Jury**

Brown does demand a Trial by Jury of her peers and also as held inviolate in Civil Rule 38.

**I. Jurisdiction**

This Court has cognizance arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States. The court also under the CODE has jurisdiction under 28 U.S.C. § 1331 for all Civil Actions.

1

Cognizance also arises under the constitutional violations of which there are not specific statutory remedies using the Bivens Action.

## II. Parties

a. Brown is an American citizen, citizen of the United States of America and a Natural Born Native and citizen of the STATE OF CALIFORNIA. (see U.S. Government Style Manual 5.23), domiciled in the territorial boundaries of California, being one of the several States. Brown is a citizen of one of the several States currently being a citizen of California.

b. Eric Smith ("Smith") is a citizen of the United States and resident of Alaska.

c. Sharon Chambers ("Chambers") is a citizen of the United States and resident of Alaska.

d. Terese Bryers ("Bryers") is a citizen of the United States and resident of Alaska.

e. "Defendants" means all of the parties of Smith, Chambers and Bryers.

### Facts

a. Jessica Lani Cynnamon Brown ("Brown's daughter") was born on March 22, 2002 in Anchorage, Alaska to Brown. Brown's daughter was immediately seized with no probably cause from Brown. Brown's daughter was returned and seized again on or about May 1st, 2002. Brown's daughter was returned and again seized in Hawaii or about February 1st, 2003. Brown's daughter was adopted out and Brown's parental rights were terminated on or about August 8, 2008.

b. Smith denied Brown the right to be present or to have input into the final termination of Brown's daughter in Alaska.

### First Cause of Action

2

Brown incorporates all of the preceding facts and law in this instant Case and alleges that Defendants under the agreement provided false information to unlawfully take Brown's daughter from her possession as a Mother.

**Second Cause of Action**

Brown repleads all of the facts and allegations of the First Cause of Action and alleges that all of the Defendants are bound by cooperative agreements for money to perform certain functions with the money being rewards from the Federal Government.

**Third Cause of Action**

Brown repleads all of the facts and allegations of the Second Cause of Action and alleges that DEFENDANTS did all have a pecuniary interest in this instant case.

**Fourth Cause of Action**

Brown repleads all of the facts and allegations of the Third Cause of Action and alleges that Brown was knowingly and intentionally denied Due Process of Law by all of the Defendants at every point in this instant Case.

**Fifth Cause of Action**

Brown repleads all of the facts and allegations of the Fourth Cause of Action and alleges that the none of the Defendants are public Officers of any of the several States possessing any sovereignty of any of the several States.

**Sixth Cause of Action**

Brown repleads all of the facts and allegations of the Fifth Cause of Action and alleges that the Defendants are bound by the rules and regulations published in the Federal Register.

**Seventh Cause of Action**

Brown repleads all of the facts and allegations of the Sixth Cause of Action and alleges the Defendants are all merely employees with ministerial duties.

*Therefore,* Brown in damages demands $6,000,000.00 for the unlawfully and illegal kidnappings and adopting out Brown's Daughter terminating Brown's parental rights.

*And further,* Brown in other damages including punitive damages for the mental and pain anguish of kidnapping and adopting out Brown's Daughter and terminating Brown's parental rights demands $6,000,000.00..

*And further,* any other damages that this Court or Jury should choose to award.

AND DEMANDS REINSTATEMENT OF Brown's PARENTAL RIGHTS.    My Hand, Alice Brown 8/8/08

### Certificate of Service

I certify that this document was either mailed via USPS first class mail or served personally to the following parties, to wit:

Eric Smith
435 South Denali
Palmer, Alaska 99645
907-746-8181 (home number unlisted)

Sharon Chambers
695 East Parks Highway, Unit 3
Wasilla, Alaska 99654
907-352-8934

Teresa Bryers e¡ Michael Decker
695 East Parks Highway, Unit 3
Wasilla, Alaska 99654
907-352-8934

Date: _____

_____
Signature

4

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Brown, Alice H.

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

P.O. BOX 436282
SAN YSIDRO, CA 92143

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

## DEFENDANTS
ERIC SMITH, SHARON CHAMBERS, TERESA BEYERS, Michael Decker, JOHN DOES 1-

County of Residence of First Listed Defendant: TRAPMSH BOROUGH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 1454 H AJB LWK

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  |  ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

BIVENS ACTION

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. BIVENS ACTION
Brief description of cause:
CIVIL RIGHTS ACTION = DENIED DUE PROCESS OF LAW

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: 8/8/08
SIGNATURE OF ATTORNEY OF RECORD: Alice Brown (PRO SE)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

