**PLAINTIFF/PETITIONER/MOVANT'S NAME**

Alice Brown
P.O. BOX 436282
SAN YSIDRO, CA
92143

**ADDRESS**

FILED
2008 AUG -8 PM 4:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Alice Brown,

Plaintiff/Petitioner/Movant

v.

Eric Smith, individually
Sheron Chambers, individually
Teresa Bryers, individually,
Michael Decker, individually

Defendant/Respondent

Civil No. '08 CV 1454 H AJB

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Alice Brown,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?  Yes  (No)  (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?                  | Yes   | No
    Do you receive any payment from the institution?      Yes    No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   JUNE 1997 / $50.00 A WEEK FOR CHILD CARE OF MY SISTER'S TODDLER / BARBARA BROWN / 4030 RUTH DRIVE WASILLA, AK 99654 (LAST PLACE OF EMPLOYMENT)

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   Yes   (No)
   b. Rent payments, royalties interest or dividends   Yes   (No)
   c. Pensions, annuities or life insurance   Yes   (No)
   (d.) Disability or workers compensation (SSI)   (Yes)   No
   (e.) Social Security, disability or other welfare   (Yes)   No
   e. Gifts or inheritances   Yes   (No)
   f. Spousal or child support   Yes   (No)
   g. Any other sources   Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   SUPPLEMENTAL SECURITY INCOME (SSI) $944 MONTH / MEDI-CAL BENEFITS / MY CHILD RECEIVES $378 CASH AID $88.00 FOODSTAMPS & MEDI-CAL

4. Do you have any checking account(s)?   (Yes)   No
   a. Name(s) and address(es) of bank(s): BANK OF AMERICA 2305 ASHLAND ST ASHLAND, OREGON STE B 97520
   b. Present balance in account(s): $107.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   (Yes)   No
   a. Make: MITSUBISHI   Year: 1993   Model: GALANT
   b. Is it financed?   Yes   (No)
   c. If so, what is the amount owed?
   THIS CAR IS IN THE PROCESS OF BEING REGISTERED AND OWNED BY ME AND IS BEING TAKEN OUT OF IT'S "SALVAGED" STATE.

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes  (No)
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Joseph Brown, I am his natural mother.
   $200 - $300 month

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable) (MONTHLY DEBTS)
   $240 RENT TO HERIBERTO MORA         $49 TO INFINITY INSURANCE
   $40 GAS TO HERIBERTO MORA           $45 TO MARBLE MOUNTAIN MINI STORAGE IN FORT JONES
   $20 ELECTRIC TO HERIBERTO MORA      $40 TO CENTRAL MINI STORAGE IN ALASKA
   $5 WATER TO HERIBERTO MORA          $53 TO CRICKET (PHONE SERVICE)

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 8/8/08       _Alice Brown_
                  SIGNATURE OF APPLICANT